UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| PAMELA C. COLTRAIN | CASE NO.: 10-02682-8-RDD |
| 464 SNUG HARBOR RD | |
| HERTFORD, NC 27944 | |

SSN: xxx-xx-2229
Debtor

## MOTION TO REOPEN CHAPTER 7 PROCEEDING

NOW COMES the Debtor, by and through her undersigned counsel, and moves the Court for an Order reopening her Chapter 7 proceeding and shows unto the Court as follows:

1. That a Chapter 7 Bankruptcy petition was filed on April 5, 2010.

2. That the debtor's Section 341 Meeting was held on May 14, 2010.

3. That the debtor's case was discharged on July 26, 2010.

4. That Bank of America, a/k/a BAC Home Loans has continued to send statements and contact the client concerning the property that was surrendered through her Chapter 7 Bankruptcy.

5. That the debtor wishes to reopen her Chapter 7 Bankruptcy so that she can proceed with a Motion for Sanctions against said creditor.

WHEREFORE, your undersigned prays for an Order reopening the Chapter 7 proceeding of the above referenced Debtor to allow the Debtor to proceed with the Motion for Sanctions against Bank of America, a/k/a BAC Home Loans.

This the 4th day of August, 2011.

J. Allen Murphy
N.C. State Bar 13053
GILLESPIE & MURPHY, P.A.
Post Office Drawer 888
New Bern, NC 28563-0888
Phone no.: (252) 636-2225
Fax no.: (252) 636-0625

STATE OF NORTH CAROLINA  
COUNTY OF Perquimans

VERIFICATION

Pamela C. Coltrain, being first dully sworn, deposes and says:

That they are debtor(s) in the foregoing case; that they have read the MOTION TO REOPEN and know the contents thereof; that the same is true of their knowledge, except those matters therein stated upon information and belief and as to those they believe them to be true.

This the 26th day of July, 2011.

_Pamela C. Coltrain_  
Pamela C Coltrain

Sworn to and subscribed before me this 26 day of July 2011.

_Kay Mathews Hall_  
Notary Public

My Commissions Expires:

March 12, 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                                                                CHAPTER 7
PAMELA C. COLTRAIN                        CASE NO.: 10-02682-8-RDD
464 SNUG HARBOR RD
HERTFORD, NC 27944

SSN: xxx-xx-2229
Debtor

NOTICE OF MOTION

TO: All Parties In Interest

    NOTICE IS HEREBY GIVEN of the Motion to Reopen Chapter 13 Proceeding and Motion to Set Aside Order of Dismissal; filed simultaneously herewith by the attorney for the movant in the above-captioned case; and

    FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing in writing within 14 days from the date of this Notice, the relief requested in the Motion may be granted without further hearing or Notice; and

    FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for hearing is filed by the party named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice.

DATE OF NOTICE: 8-4-2011

_____
J. Allen Murphy
GILLESPIE & MURPHY, P.A.
N.C. State Bar No.: 13053
Post Office Drawer 888
New Bern, NC 28563-0888
(252) 636-2225

CERTIFICATE OF SERVICE

I, J. Allen Murphy, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 4th day of August, 2011, copies of the foregoing **MOTION TO REOPEN** were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notice as indicated:

George M. Oliver                By Electronic E-Mail
Chapter 7 Trustee               gmo@oliverandfriesen.com
PO Box 1548
New Bern, NC 28563

Marjorie K. Lynch
Bankruptcy Administrator
P O Box 3758
Wilson, NC 27895-2758

Pamela C. Coltrain
464 Snug Harbor Rd
Hertford, NC 27944

BAC Home Loans
Attn: Officer
P O Box 961206
Fort Worth, TX 76161-0206

Taylor, Bean & Whitaker
Attorney for BAC Home Loans
1417 N Magnolia Ave
Ocala, FL 34475

Nationwide Trustee Services, Inc.
Attn: Managing Agent
1587 Northeast Expressway
Atlanta, GA 30329

Bank of America
Attn: Officer
P O Box 961206
Fort Worth, TX 76161-0206

Bank of America Home Loans
Attn: Officer
Mail Stop, TX2-983-02
2375 N Glenville Dr, Bldg B
Richardson, TX 75082

Bank of America, NA
Attn: Officer
Customer Service Correspondence
CA6-919-01-41
P O Box 5170
Simi Valley, CA 93062-5170

Bank of America
Attn: Officer
Mail Stop, CA6-919-01-23
450 American St
Simi Valley, CA 93065

See Exhibit "A" attached hereto.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: __8-4__, 2011.

_J. Allen Murphy_

```
Label Matrix for local noticing          Albemarle Hospital                       BAC Home Loans
0417-8                                   Attn: Managing Agent                     Attn: Managing Agent /Officer
Case 10-02682-8-RDD                      PO Box 1828                              PO Box 961206
Eastern District of North Carolina       Elizabeth City, NC 27906-1828            Fort Worth, TX 76161-0206
Wilson
Wed Aug  3 10:34:54 EDT 2011

BAC Home Loans Servicing,L.P., fka Countrywi   (p)BB AND T  Attn:Officer          Bankruptcy Administrator
1587 Northeast Expressway                      PO BOX 1847                        PO Box 3758
Atlanta, GA 30329-2401                         WILSON NC 27894-1847               Wilson, NC 27895-3758


Barclays Bank Delaware                   Barclays Bank Delaware                   Branch B&T
Attn: Managing Agent /Officer            Attn: Managing Agent /Officer            Attn: Managing Agent /Officer
PO Box 8802                              PO Box 8833                              PO Box 2306
Wilmington, DE 19899-8802                Wilmington, DE 19899-8833                Wilson, NC 27894-2306


Capital One Bank                         Capital One Bank                         Centura Bank
Attn: Managing Agent /Officer            Attn: Managing Agent /Officer            Attn: Managing Agent /Officer
PO Box 30285                             PO Box 85520                             PO Box 1220
Salt Lake City, UT 84130-0285            Richmond, VA 23285-5520                  Rocky Mount, NC 27802-1220


Chase                                    Chase                                    Chowan Hospital
Attn: Managing Agent                     Attn: Managing Agent                     Attn: Managing Agent
PO Box 15153                             PO Box 15298                             PO Box 8404
Wilmington, DE 19886-5153                Wilmington, DE 19850-5298                Greenville, NC 27835-8404


Coastal Rehab, Inc                       Pamela C Coltrain                        Discover
Attn: Managing Agent                     484 Snug Harbor Rd                       Attn: Managing Agent
101 Medical Dr                           Hertford, NC 27944-1456                  PO Box 30421
Elizabeth City, NC 27909-3361                                                     Salt Lake City, UT 84130-0421


Discover Finance                         Randy D. Doub                            GEMB/Belk
Attention: Bankruptcy Department         Wilson, NC 27894                         Attn: Managing Agent
PO Box 3025                                                                       PO Box 981491
New Albany, OH 43054-3025                                                         El Paso, TX 79998-1491


GEMB/Belk                                GEMB/JC Penny                            Angel R. Gordon
Attn: Managing Agent                     Attention: Bankruptcy                    Morris, Schneider & Prior, LLC
PO Box 981492                            PO Box 103104                            1587 Northeast Expressway
El Paso, TX 79998-1492                   Roswell, GA 30076-9104                   Atlanta, GA 30329-2401


JC Penny                                 Lowes                                    Lowes
Attn: Managing Agent                     Attn: Managing Agent                     Attn: Managing Agent
PO Box 981403                            PO Box 981064                            PO Box 981401
El Paso, TX 79998-1403                   El Paso, TX 79998-1064                   El Paso, TX 79998-1401


J. Allen Murphy                          Nationwide Trustee Services, Inc.        George M. Oliver
Gillespie & Murphy, P.A.                 Attn: Managing Agent                     Oliver Friesen Cheek, PLLC
PO Drawer 888                            1587 Northeast Expressway                PO Box 1548
New Bern, NC 28563-0888                  Atlanta, GA 30329-2401                   New Bern, NC 28563-1548
```

| | | |
|---|---|---|
| QA Thai Neurosurgery<br>Attn: Managing Agent<br>105 N Road St<br>Elizabeth City, NC 27909-4345 | RBC Centura Bank USA<br>Attn: Managing Agent Poppin<br>PO Box 2857<br>Rocky Mount, NC 27802-2857 | Taylor, Bean & Whitaker<br>Attn: Managing Agent<br>1417 N. Magnolia Ave.<br>Ocala, FL 34475-9078 |
| Tri-County Anesthesia & Pain Manage<br>Attn: Managing Agent<br>PO Box 1080<br>Edenton, NC 27932-1080 | WFNNB<br>Attn: Managing Agent<br>PO Box 182125<br>Columbus, OH 43218-2125 | WFNNB<br>Attn: Managing Agent<br>PO Box 182782<br>Columbus, OH 43218-2782 |
| WFNNB/Peebles<br>Attn: Managing Agent<br>PO Box 64<br>Jacksonville, TX 75766 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB & T
Attn: Managing Agent
PO Box 200
Wilson, NC 27893

End of Label Matrix
Mailable recipients     36
Bypassed recipients      0
Total                   36