**SO ORDERED.**

**SIGNED this 03 day of November, 2011.**

_____
Randy D. Doub
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| In the Matter of: | : |
| PAMELA C. COLTRAIN, | : BANKRUPTCY CASE |
|  | : NO. 10-02682-8-RDD |
| Debtor. | : |
| PAMELA C. COLTRAIN, | : |
| Movant. | : |
| vs. | : |
| BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., | : |
| Respondent. | : |

### CONSENT ORDER

This matter is before the Court on the Motion for Section 524(a) and 727(b) Sanctions filed August 4, 2011, by Movant PAMELA C. COLTRAIN ("COLTRAIN") against Respondent BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, L.P., ("BANA"). Based on the representations of the parties that they have reached an agreement to settle the claims made in this motion, and which agreement is incorporated in a Settlement Agreement and Release of Claims., the Motion for Sanctions is withdrawn.

SO ORDERED.

This Order prepared/consented to by:

/s/ Mark A. Baker
Mark A. Baker, NC Bar # 32382
Attorney for Respondent

/s/ J. Allen Murphy
J. Allen Murphy, NC Bar # 13053
Attorney for Movant

End of Document